V. M. Dennis, Jr., for respondent. No opinion. Judgment affirmed, with costs. Order filed.

TRUST CO. OF NEW YORK, Respondent, v. UNIVERSAL TALKING MACH. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by the Trust Company of New York against the Universal Talking Machine Company and others. G. Lange, for appellants. W. G. Morse, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 120 App. Div. 392, 105 N. Y. Supp. 217.

TUOZZO, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Nicholas Tuozzo against the Lehigh Valley Railroad Company. No opinion. Judgment and order affirmed, with costs.

In re ULLMAN et al. (Supreme Court, Appellate Division, Fourth Department. January 25, 1908.) In the matter of the application of James Ullman and others for the removal of the Whitmier-Filbrick Company. No opinion. Judgment of Municipal Court of Buffalo reversed, with costs in this court and in court below.

UNION PAVING CO., Respondent, v. JULIAN SCHOLL & CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 15, 1908.) Action by the Union Paving Company against Julian Scholl & Co. No opinion. Interlocutory judgment affirmed, with costs, with usual leave to defendant to answer upon payment of costs of demurrer and of this appeal.

URHACH v. PYE. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Mary Urhach against John E. Pye. No opinion. Motion denied, on condition that appellant be ready for February term. Order filed.

URIS, Respondent, v. BRACKETT REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Harris H. Uris against the Brackett Realty Company and another. J. R. Deering, for appellants. M. Hillquit, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See 114 App. Div. 29, 99 N. Y. Supp. 642.

URIS v. BRACKETT REALTY CO. (Supreme Court, Appellate Division, First Department. February 14, 1908.) Action by Harris H. Uris against the Brackett Realty Company. No opinion. Motion denied, with $10 costs. Order filed.

VAN ALSTINE, Respondent, v. STATE, Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1908.) Action by Jessie M. Van Alstine against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

VAN KANNEL DOOR CO. v. ASTOR et al. (Supreme Court, Appellate Division, First Department. February 14, 1908.) Action by the Van Kannel Door Company against John J. Astor and others. No opinion. Motion denied, with $10 costs. Settle order on notice.

VILLAGE OF MEDINA, Respondent, v. GRAVES et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 22, 1908.) Action by the village of Medina against Burt Graves and another. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

WAGNER, Respondent, v. HUDSON VALLEY RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1908.) Action by Willard C. Wagner against the Hudson Valley Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

WALDO et al., Respondents, v. SCHMIDT, Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Eugene L. Waldo and another against Fedor Schmidt, individually, etc. E. Blumenstiel, for appellant. C. D. Rogers, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

WALSH v. CONTINENTAL IRON WORKS. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Appeal from Trial Term, Kings County. Action by Michael Walsh against the Continental Iron Works. From a judgment entered on dismissal of the complaint at the close of the evidence, and from an order, plaintiff appeals. Affirmed. Leander B. Faber and Charles H. Street, for appellant. Albert E. Lamb, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

GAYNOR, J. (dissenting). A trench six feet in depth which the plaintiff and other workmen were just finishing the digging of caved in and hurt the plaintiff. The dismissal of the complaint at the close of all the evidence was error. No sheathing was furnished to the workmen and the trench was not sheathed up. It was for the jury to say whether this was not neglect of duty by the defendant to its workmen. If the trench were nine or twelve feet deep we would have no question of this, nor will we when we pause to think how deep six feet is. Only a very few men reach that height. Farrell v. City of Middletown, 172 N. Y. 666, 65 N. E. 1116; Reilly v. Troy Brick Co., 184 N. Y. 399, 77 N. E. 385. In such dangerous employments the master owes his men intelligent, and sometimes scientific, oversight, care and direction. Whether the plaintiff acquiesced in the risk was a question of fact. The judgment should be reversed.

WALSH, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 15, 1908.) Action by Edward Walsh